902

No. 228, Misc.   MEEKS *v.* IOWA. Supreme Court of Iowa.   Certiorari denied.

No. 229, Misc.   BRADSHAW ET AL. *v.* MARKS ET AL. Supreme Court of Louisiana.   Certiorari denied.   *George M. Johnson* for petitioners.   *Geo. Gunby* for respondents.

No. 230, Misc.   CHIARELLA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Daniel H. Greenberg* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 231, Misc.   HARRIS *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 232, Misc.   McCUNE *v.* SKEEN, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 237, Misc.   ROUX *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 239, Misc.   CLARK *v.* TEETS, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 240, Misc.   JOHNSON *v.* DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.

No. 246, Misc.   OLSEN *v.* DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Supreme Court of Washington.   Certiorari denied.